MICHAEL J HANSEN
Name
1608 RUSSIAN JACK CIRCLE #C1
1608 Russian Jack Circle # C1
ANCHORAGE, AK 99508-3553
Mailing address
907-748 9823
Telephone

RECEIVED
MAR 31 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

MICHAEL J HANSEN (LEGAL GUARDIAN)
MICHAEL J HANSEN II,
(Full name of plaintiff in this action)

Case No. 3:06-CV-00069 TMB
(To be supplied by Court)

Plaintiff,

vs.

ANCHORAGE SCHOOL DISTRICT
JERRY SCHLANDER,
CAROL COMERU,

(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A.  Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.  If you assert jurisdiction under any different or additional authorities, list them below.

Page 1 of 8                                    PS02 (6/03)

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of _____ MICHAEL J HANSEN II ____
(print your name)
who presently resides at _____ 1608 RUSSIAN JACK CIRCLE #C1 99508-3883 ____
(mailing address)
violated by the actions of the below named individual(s). The actions were directed against Plaintiff
at _____ ANCHORAGE SCHOOL DISTRICT ADMINSTRATION _____ on the following dates: __ 4/1/05 ,
    (place where violation occurred)                                          (Claim 1)
_____ and _____ .
   (Claim 2 )          (Claim 3)

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _____ JERRY STOLANDER _____ , is a citizen of
                              (name)
_____ ALASKA _____ , and is employed as a _____ ANCHORAGE SCHOOL DISTRICT
    (state)                                      (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

__ X __ The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ CAROL COMEAU _____ , is a citizen of
                              (name)
_____ ALASKA _____ , and is employed as _____ ANCHORAGE SCHOOL DISTRICT
    (state)                                      (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

__ X __ The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ , is a citizen of
                              (name)
_____ , and is employed as a _____ .
    (state)                                      (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

_____ The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

Claim 1: The following civil right has been violated: _____FAPE_____

(e.g., due process, freedom of religion, free speech, freedom

of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

THE ANCHORAGE SCHOOL DISTRICT HAS REFUSE TO Allow my CHILD HIS NEIGBORHOOD SCHOOL FOR HIS EDUCATION DESPITE THE FACT THAT THE SCHOOL HAS ROOM FOR HIM THEY FEEL THAT THEY HAVE COMPLETE AUTHORITY TO MAKE PLACEMENTS OF DISABLE CHILDREN WE FEEL THAT HE SOULD BE ENTILE TO THE SAME RIGHTS AND ~~PRIVELGES~~ RULES OF A NON-DISABLE CHILD AND BE ABLE TO GO TO HIS NEIGBORHOOD SCHOOL OR SEEK A ZONE EXCEPTION JUST LIKE A NON-DISABLE CHILD

Claim 2:  The following civil right has been violated: _Approxirte  IEP_

(e.g., due process, freedom of religion, free speech, freedom

of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** civil right violation.)

Supporting Facts:  (Briefly describe **facts** you consider important to Claim 2.  State what happened clearly, **in your own words.**  DO NOT cite legal authority or argument.  Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2.  Include **dates**.)

We Feel The IEP They Have Sends Michael
Home For Bad Behaiior which in turns causes
Him To miss Alot of School And Not Get His
IEP IN Place, or Developed

Claim 3: The following civil right has been violated:_____

(e.g., due process, freedom of religion, free speech, freedom

of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** civil right violation.)

Supporting Facts:  (Briefly describe **facts** you consider important to Claim 3.  State what happened clearly, **in your own words.**  DO NOT cite legal authority or argument.  Be certain to describe exactly what each defendant, **by name,** did to violate the right alleged in Claim 3.  Include **dates**.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved

in this action? _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the

additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

b. Name and location of court:_____

_____

c. Docket number:_____

d. Name of judge to whom case was assigned:_____

e. Disposition:_____
         (For example, was the case dismissed, appealed or still pending?)

f. Issues Raised:_____

_____

_____

_____

g. Approximate date case was filed:_____

h. Approximate date of final decision:_____

**E. Request for Relief**

Page 6 of 8

Plaintiff requests that this Court grant the following relief:

1. An injunction ordering defendant(s) THAT MICHAEL GETS TO GO TO HIS HOME SCHOOL AND THAT HIS IEP OF MAY 7, 2004 IS IN PLACE AND DEVELOPS

2. Damages in the amount of $ 5,000.00

3. Punitive damages in the amount of $ 5,000.00

4. Declaratory judgment: $ 5000.00

5. Attorney's fees, in the event plaintiff is or will be represented by counsel, of $ 0

5. Other:

Plaintiff demands a trial by X Jury _____ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_Michael James Hansen_
**Plaintiff's Original Signature**

MICHAEL JAMES HANSEN
Plaintiff's Full Name

Executed at FEDERAL COURTHOUSE 222 W. 7TH AVENUE BOX 4 99513 on 3/31/06
(Location)                                         (Date)

Original Signature of Attorney (if any)                    (Date)

_____

_____

_____

Attorney's Address and Telephone Number