Name: _____

Mailing Address, Zip: _____

Telephone: _____

RECEIVED
MAR 31 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

MICHAEL J HANSEN II,
          Plaintiff,

vs.

ANCHORAGE SCHOOL DISTRICT,
          Defendant(s).

**APPLICATION TO WAIVE THE FILING FEE**
**(Non-Prisoner)**

CASE NO. 3:06-CV-00069 TMB
(To be supplied by the Court)

I, MICHAEL J HANSEN, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is APPEAL OF SPECIAL EDUCATION MATTER and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application to waive the filing fee in this case, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   **(If "Yes" USE PRISONER FORM)**

2. Marital status:   ☐ Single   ☒ Married   ☐ Divorced   ☐ Separated

    a. If separated or divorced, do you ☐ **pay** child support or alimony, or ☐ **receive** any child support, alimony or other form of maintenance? If not, check: ☐ No

       If yes to either question, state monthly amount paid: _____ **OR** state monthly amount received: _____

    b. Dependants: ☒ Spouse   ☒ Children # 1   ☐ Others # ___

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials only**).

Name: MICHAEL J HANSEN II        Age: 11
Name: DAWN M HANSEN              Age: 44
Name: _____            Age: ___
Name: _____            Age: ___

3. Are you presently employed?   ☒ Yes   ☐ No

    a. **If the answer is "Yes,"** provide the following information:

       Gross: $ 900   Net: $ 600   salary/wages per ☒ month ☐ week (chose one)

       Employer's name, address & telephone: ANCHORAGE DAILY NEWS

       Nature of employment: DELIVER NEWSPAPERS

       How long employed by present employer: 5 YEARS

    b. **If you are not presently employed,** provide the following information:

       Date of last employment: ___/___/___ (month/day/year)

       Former employer's name, address & telephone: _____

       Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

       Nature of employment: _____

4. Is your spouse employed?   ☒ Yes   ☐ No

    **If the answer is "Yes,"** provide the following information:

    Gross: $ 18,000   Net: $ 15,000   salary/wages per ☐ month ☐ week ☒ YEAR (chose one)

    Employer's name, address & telephone: WENDYS 2626 FIFTH AVENUE 907-279-8271 ANCHORAGE, AK 99508

    Nature of employment: FOOD SERVICE WORKER

    How long employed by present employer: 14 YEARS

5. Are you receiving public assistance or unemployment benefits?   ☐ Yes   ☒ No

    a. I have been on ☐ public assistance and/or have received ☐ unemployment benefits since: ___/___/___ (month/day/year).

    b. I am receiving $_____ ☐ monthly / ☐ weekly for myself and my household of ___ (number).

6. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment ☐ Yes ☒ No
    b. Rent payments, interest or dividends (not PFD) ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
    d. Disability or worker's compensation payments ☐ Yes ☒ No
    e. Gifts or inheritances ☐ Yes ☒ No
    f. Any other sources ☐ Yes ☒ No

    If the answer to any of the above is "Yes," describe each source and state the amount and when received, **and** what you expect you will continue to receive.

    _____
    _____

7. List all members of your household, including yourself, who received the Alaska Permanent Fund Dividend within the last twelve months, and the amount(s):
    _____3_____   _____2550.00_____
    _____

8. Do you have **any** cash? ☐ Yes ☒ No

    State the total amount and location(s): _____

9. Do you have any checking account(s)? ☒ Yes ☐ No

    a. Name(s) and address(es) of bank(s): __WELLS FARGO 1100623183__
    _____
    _____

    b. Present balance(s) in account(s): __VARIES__

10. Do you have any savings/IRA/money market/CDs' separate from checking accounts?
    ☐ Yes ☒ No

    a. Name(s) and address(es) of bank(s): _____
    _____
    _____

    b. Present balance(s) in account(s): _____

11. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No

    a. Make: _____ Year: _____ Model: _____

  b. What is its current value? $_____

  c. Is it financed? ☐ Yes ☐ No

  d. If so, what is the amount owed? $_____

12. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property? ☐ Yes ☒ No

  If "Yes," describe the property and state its value: _____

  _____

13. Do you have any other assets or personal property other than clothing? ☐ Yes ☒ No

  If "Yes," list the asset(s) and state the value of each asset listed: _____

  _____

14. Have you placed any property, assets or money in the name or custody of anyone else in the last two years? ☐ Yes ☒ No

  If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer: _____

  _____

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Executed on: __3/31/06__    _/s/ Michael James Hero_
    DATE          SIGNATURE OF APPLICANT