RECEIVED
APR 0 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Name: MICHAEL J HANSEN

Address: 1608 RUSSIAN JACK CIR #C1
ANCHORAGE, AK 99508-3553

Telephone Number:

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

MICHAEL J HANSEN - GUARDIAN
MICHAEL J HANSEN II,

**Plaintiff/Petitioner,**

vs,

ANCHORAGE SCHOOL DISTRICT,

**Defendant/Respondent.**

CASE NO. 3:06-CV-00069 TMB

**MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 3/31/06

_____
Plaintiff/Petitioner

SCANNED

Appt. Counsel
Effect. 5/97