# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: HANSEN v.s. ANCHORAGE SCHOOL DISTRICT
FOR: 
AT:

PERSON REPRESENTED (Show your full name): MICHAEL J HANSEN II / MICHAEL J HANSEN GUADIAN

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☒ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

RECEIVED APR 0 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 1500.00 (MH)
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED $ _____   SOURCES _____

**CASH** — Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, state total amount $ 900.00

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE $ _____  DESCRIPTION _____

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED (___ SINGLE, ___ WIDOWED, ___ SEPARATED OR DIVORCED)
Total No. of Dependents: 3
List persons you actually support and your relationship to them: MICHAEL J HANSEN II, MICHAEL J HANSEN I, DAWN M HANSEN

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| 750 | RENT | $ 750 | $ 750 |
| 40 | GAS | $ 40 | $ 40 |
| 105 | MCP | $ 105 | $ 105 |
| 100 | ACS | $ 100 | $ 100 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/31/06

SIGNATURE OF ~~DEFENDANT~~ PLAINTIFF (OR PERSON REPRESENTED) ▶ /s/ Michael James Hansen

SCANNED