MICHAEL JAMES HANSEN
**Name**

_____
**Prison Number**

_____
**Place of Confinement**

RECEIVED
MAY 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

1608 RUSSIAN JACK CIRCLE #C1
**Address**
ANCHORAGE, AK 99508-3553
**Telephone**
907-748-9823

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

MICHAEL JAMES HANSEN II

Plaintiff,

vs.

ANCHORAGE SCHOOL DISTRICT

_____,

Defendant(s).

Case No. 3-06-CU-69

**MOTION**

to/for APPOINTMENT OF COUNSEL

I, MICHAEL JAMES HANSEN II, proceeding without a lawyer, move to/for APPOINTMENT OF COUNSEL under the following statute(s)/rule(s) (if known) _____ for the following reason(s): I MIS CALCULATED OUR YEARLY INCOME HAS TO HOW MUCH MY WIFE EARNED AND IT WAS OFF BY 12,000.00

PS 15 (effective 8/05)

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Declaration Under Penalty of Perjury

I, __Michael James Hansen__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __5/8/06__, at _____.

_____
Signature

## Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature

PS 15 (effective 8/05)　　　　2　　　　MOTION