IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL J. HANSEN and<br>MICHAEL J. HANSEN II,<br><br>      Plaintiffs,<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT,<br>et al.,<br><br>      Defendants. | Case No. 3:06-cv-00069-TMB<br><br>ORDER OF DISMISSAL |

On April 4, 2006, Michael J. Hansen, attempting to represent his disabled son, Michael J. Hansen II, filed a civil complaint to "appeal a special education matter," along with an application to waive the $250.00 filing fee in this case.[1] The Hansen's, however, did not come within the income guidelines for granting a fee waiver or for appointment of counsel.[2] Therefore, Mr. Hansen was told that he must "pay the

---

[1] *See* Docket Nos. 1, 3.

[2] *See* Docket No. 3; Docket No. 5 at 1.

$250.00 filing fee on or before **May 19, 2006**, or this action will be dismissed"[3]  To date, there has been no compliance with the Court's Order.[4]

**IT IS THEREFORE ORDERED** that:

This action is DISMISSED without prejudice.

DATED this 23rd day of May, 2006, at Anchorage, Alaska.

/s/TIMOTHY  M.  BURGESS
United States District Judge

---

[3]  Docket No. 5 at 4.

[4]  Michael J. Hansen was also told that he may not file the complaint on behalf of his son, but that Michael J. Hansen II could file an amended complaint, through counsel, on or before May 19, 2006. *See id.*  No amended complaint was filed.