```
              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ALASKA
```

MICHAEL J. HANSEN,
MICHAEL J. HANSEN, JR.,
         Plaintiffs,
                                    Case Number 3:06-cv-00069-TMB
v.

ANCHORAGE SCHOOL DISTRICT
et al.,
         Defendants.              **JUDGMENT IN A CIVIL CASE**


___   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 X    **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT this action is DISMISSED without prejudice.


APPROVED:


 /s/TIMOTHY M. BURGESS
 United States District Judge


 Date: May 23, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*    Ida Romack, Clerk of Court


[hansen judgment.wpd]{JMT2.WPT*Rev.3/03}